U.S. Dist. Crt. (ND) CA
NO: CV-08-0277-VRW (PR)

DATE: 2-20-08

HOUSING: CFZW-329 L

NAME: BAYRAMOGLU

NUMBER: C54604

The In Forma Pauperis trust account certification that you requested has been completed and was mailed to the court on this date. A copy can not be returned to you, however, a copy of the document is kept in the Trust office for future reference as needed.

C.T.F TRUST ACCOUNTING
↑
They've caused me
so much anxiety, I pray
that they suffer the
same! (Got my 1st. Pet. Dismissed!)

Clerk, Pls. let me know the
status of my application
Thank you very much!
W/R Pet. (F.B.)

"Unscrupulous crooks" clearly see that Pet. v. Ben Curry, Warden, CTF you think they're going to assist me, in my struggle? This is so wrong! The Crt. should not get me involved with these unscrupulous crook. WHY the Crt. is not issuing order on the CTF to come-up with the application instead of me? I cannot force these crooks to do their own jobs! They're robbing the State of CA. in the name of Law & order! F.B.

I am requesting Crt. to order you to forward the application to the Crt. instead of me to you, or to the Counselor, than to the Crt. That's BS! You could alway deny that you never received any application, and there's no way for me to prove otherwise. I should never get involved with you in the 1st. place. I Complete the Application, forward it to the Crt. The Crt. order you to complete the "Certificate of Funds in Prisoner's Account" and forwarded to the Crt.
Copy Provided To: U.S. Dist. Crt (ND) CA
NO: CV-08-0277-VRW (PR)

# MULTI-PURPOSE FORM

TO: __Trust Office__  
    (Name)                       (Title)  
DATE: __2-21-08__

- ❏ MEDICAL CONCERN
- ❏ DENTAL CONCERN
- ❏ VISITING CONCERN
- ❏ REQUEST FOR INTERVIEW
- ❏ PACKAGE ROOM
- ❏ REQUEST FOR I.D. CARD
- ❏ REQUEST TO REVIEW CENTRAL FILE
- ❏ TRUST OFFICE: Request for metered envelopes *(No Funds)*
- ❏ E.P.R.D.: You should be within six (6) months of release date to inquire
- ❏ TRUST ACCOUNT BALANCE $ _____
- ❏ TRUST ACCOUNT WITHDRAWAL
- ❏ REQUEST FOR ROOM CHANGE
- ❏ REQUEST FOR UNIT CHANGE
- ❏ FAMILY HOUSING UNIT VISIT INTERVIEW
- ❏ REQUEST FOR CHAPLAIN INTERVIEW
- ❏ MEDICALLY CLEARED FOR CULINARY REQUEST

REASON FOR REQUEST *(Be specific: Explain your problem)*: You've failed perhaps deliberately to forward my forma pauperis application to the Crt, therefore the Crt. dismissed my petition, NO: C-07-5011-VWR (PR) You've caused me so much pain, and pray that you suffer the same! See back-side

DATE: _____  STAFF RESPONSE: _____

INMATE NAME: __Bayramoglu, F.__  INMATE NUMBER: __C-54604__  CELL: __Z-329L__  
ASSIGNMENT: _____  HOURS: _____  RDO'S: _____

CTF-304 (Rev. 10-05)