FILED
08 FEB 27 PM 1:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV-07-0277 VRW (PR)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

BAYRAMOGLU C54604 for the last six months at
[prisoner name]

CORRECTIONAL TRAINING FACILITY where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ 3.55.

Dated: 2-19-08

Brenda Nation, Acct Technician
Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-19-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Acct Technician

REPORT ID: TS3030 .701 REPORT DATE: 02/15/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 16, 2007 THRU FEB. 15, 2008

ACCOUNT NUMBER : C54604 BED/CELL NUMBER: CFZWT3000000329L
ACCOUNT NAME : BAYRAMOGLU, FIKRI ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/16/2007 | | BEGINNING BALANCE | | | | | 8.00 |
| 09/17 | W502 | POSTAGE CHARG | 0925 POST | | | 2.79 | 5.21 |
| 09/17 | W502 | POSTAGE CHARG | 0925 POST | | | 3.03 | 2.18 |
| 09/17 | W502 | POSTAGE CHARG | 0925 POST | | | 2.07 | 0.11 |
| 09/17 | W502 | POSTAGE CHARG | 0925 POST | | | 0.11 | 0.00 |
| 10/01 | W903 | REVERSE POSTA | 1077 "602" | | | 2.79- | 2.79 |
| 10/01 | W903 | REVERSE POSTA | 1077 "602" | | | 3.03- | 5.82 |
| ACTIVITY FOR 2008 | | | | | | | |
| 02/09 | W502 | POSTAGE CHARG | 2530 POST | | | 5.82 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/07/2007 | H107 | POSTAGE HOLD | 2966 POST | 0.63 |
| 04/16/2007 | H107 | POSTAGE HOLD | 3099 POST | 0.39 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3403 POST | 0.87 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3403 POST | 0.87 |
| 07/19/2007 | H107 | POSTAGE HOLD | 0244 POST | 0.58 |
| 09/17/2007 | H107 | POSTAGE HOLD | 0925 POST | 0.52 |
| 02/07/2008 | H109 | LEGAL POSTAGE HOLD | 2505 LPOST | 4.60 |
| 02/07/2008 | H109 | LEGAL POSTAGE HOLD | 2515 LPOST | 0.58 |
| 02/07/2008 | H109 | LEGAL POSTAGE HOLD | 2515 LPOST | 1.31 |
| 02/07/2008 | H109 | LEGAL POSTAGE HOLD | 2515 LPOST | 0.75 |
| 02/09/2008 | H109 | LEGAL POSTAGE HOLD | 2531 LPOST | 0.58 |
| 02/09/2008 | H109 | LEGAL POSTAGE HOLD | 2533 LPOST | 0.41 |
| 02/09/2008 | H109 | LEGAL POSTAGE HOLD | 2533 LPOST | 0.92 |
| 02/09/2008 | H109 | LEGAL POSTAGE HOLD | 2533 LPOST | 1.65 |
| 02/09/2008 | H109 | LEGAL POSTAGE HOLD | 2533 LPOST | 0.75 |
| 02/09/2008 | H109 | LEGAL POSTAGE HOLD | 2533 LPOST | 1.65 |
| 02/15/2008 | H109 | LEGAL POSTAGE HOLD | 2621 LPOST | 1.14 |

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-19-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Acct Technician

REPORT ID: TS3030 .701 REPORT DATE: 02/15/08

PAGE NO: 2

CALIFORNIA DEPARTMENT OF CORRECTIONS

CTF SOLEDAD/TRUST ACCOUNTING

INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 16, 2007 THRU FEB. 15, 2008

ACCT: C54604 ACCT NAME: BAYRAMOGLU, FIKRI ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 8.00 | 0.00 | 8.00 | 0.00 | 18.20 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 18.20- |

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-19-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Acct Technician

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
$ 00.00⁰
0004397458 JAN15 2008
MAILED FROM ZIP CODE 93960
2-19-08
FIKRI BAYRAMOGLU,
#C-54604-CTf-C-Zw-329-L
P.O. BOX 689
SOLEDAD, CA 93960 USA
U.S. District Court (ND) CA
450 540 Golden Gate Ave.,
San Francisco, CA 94102
LEGAL MAIL

