IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br><br>      Petitioner,<br><br>  v.<br><br>BEN CURRY, et al.,<br><br>      Respondent.<br>_____/ | No. C 08-0277 VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal filed May 30, 2008, judgment is entered in favor of Respondent.

Dated: May 30, 2008                                  Richard W. Wieking, Clerk

                                                             By: *Cora Klein*
                                                             Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU,

        Petitioner,

  v.

BEN CURRY et al,

        Respondent.

Case Number: C08-0277 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fikri Bayramoglu
C-54604
CTF-C-ZW 329-L
P.O. Box 689
Highway 101 North
Soledad, CA 93960

Dated: May 30, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

                                      *Cora Klein* (signature)