FIKRI BAYRAMOGLU, C-54504
CTF-C-3N-329-L - P.O. BOX 689
SOLEDAD, CA 93960  USA

Petitioner In Pro Per.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU,

                 Petitioner,

vs.

BEN CURRY, et al.,

                 Respondent(s).
_____/

CASE NO.: C 08-0277 VRW (PR)

MOTION FOR RECONSIDERATION OF ORDER OF
DISMISSAL. IN THE EVENT OF DENIAL, MOTION
FOR CERTIFICATE OF APPEALABILITY. SUBJECT
TO PRE-FILING REVIEW ORDER, NINTH CIRCUIT
CASE NO.: 07-80059.

1.   On May 30, 2008, the court filed above entitled order. Petitioner respect-
fully disagrees with the court, based on the fact that the denial or "...loss
of prison credits is a cognizable claim for habeas relief,..." According to
Hon. Dennis L. Beck, Magistrate Judge, U.S. Dist. Crt. (ED) Fresno Div. Case
NO.: CV-F-97-5956-REC-DLB. "...Court VACATES its November 12, 1997 Findings
and Recommendations, IT SO ORDERED." Date: 30 December, 1997.

2.   The review of the file will show that the respondents are in the collec-
tive conspiracy in denying inmates prison work assignments, in order to deny
inmates prison work credits, with sinister reasons for longer incarceration,
and denial of parole for failure to work and program. Fact of the matter is
the inmates cannot go downtown, in order to get a job, and prison work credits,
in order to accelerate their release on parole, "a liberty interest."

3.   42 USC § 1983, as petitioner understands, does not have a jurisdiction
to grant or order prison work credits, or release on parole, based on those
prison work credits. Based on the foregoing facts, petitioner respectfully
requests court to reconsider its order of dismissal in this matter, and in
the event of denial of this motion, petitioner requests a certificate of
appealability, so that he may appeal this matter in the USCA for the Ninth
Circuit. Dated: 6-5-2008.

                         Respectfully submitted,

                         FIKRI BAYRAMOGLU/PETITIONER

              Copy Provided To: USCA for the Ninth Circuit.

Bayramoglu, C-54604
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102